**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:                                                    CASE NO. 12-31595-KKS
                                                          CHAPTER 13
SHIRLEY ANN RANKINS


_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S RESPONSE TO
<u>NATIONSTAR MORTGAGE, LLC'S MOTION FOR RELIEF FROM
STAY</u>**

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files the Chapter 13 Trustee's Response to NATIONSTAR MORTGAGE, LLC'S Motion for Relief from Stay.  A copy of the Trustee's receipts and disbursements is attached for the Court's information and review.


    **RESPECTFULLY SUBMITTED.**


                        /s/Leigh D. Hart or
                        /s/<u>William J. Miller, Jr.</u>
                          OFFICE OF THE CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 646
                          TALLAHASSEE, FL 32302
                          ldhecf@earthlink.net
                          (850) 681-2734 "Telephone"
                          (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| SHIRLEY ANN RANKINS<br>206 HART DR<br>PENSACOLA, FL 32503 | NATIONSTAR MORTGAGE, LLC<br>WEINSTEIN & RILEY, P.S.<br>260 WEST 36TH STREET, SUITE 801<br>NEW YORK, NY 10018 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/16/2015  9:17 am          CR_290

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | RECEIPT TYPE | AMOUNT |
|---|---|---|
| 12/19/12 | M.O. | $200.00 |
| 1/7/13 | M.O. | $200.00 |
| 1/14/13 | EMPC | $200.00 |
| 1/28/13 | EMPC | $200.00 |
| 2/11/13 | EMPC | $200.00 |
| 2/25/13 | EMPC | $200.00 |
| 3/11/13 | EMPC | $200.00 |
| 3/26/13 | EMPC | $200.00 |
| 4/8/13 | EMPC | $200.00 |
| 4/22/13 | EMPC | $200.00 |
| 5/6/13 | EMPC | $200.00 |
| 5/20/13 | EMPC | $200.00 |
| 6/3/13 | EMPC | $200.00 |
| 7/1/13 | EMPC | $200.00 |
| 7/15/13 | EMPC | $200.00 |
| 7/29/13 | EMPC | $200.00 |
| 8/12/13 | EMPC | $200.00 |
| 8/26/13 | EMPC | $200.00 |
| 9/9/13 | EMPC | $200.00 |
| 9/23/13 | EMPC | $200.00 |
| 10/7/13 | EMPC | $200.00 |
| 10/21/13 | EMPC | $200.00 |
| 11/1/13 | EMPC | $200.00 |
| 11/15/13 | EMPC | $200.00 |
| 12/9/13 | EMPC | $200.00 |
| 12/13/13 | EMPC | $200.00 |
| 12/31/13 | EMPC | $200.00 |
| 1/13/14 | EMPC | $200.00 |
| 1/27/14 | EMPC | $200.00 |
| 2/7/14 | EMPC | $200.00 |
| 2/24/14 | EMPC | $200.00 |
| 3/10/14 | EMPC | $200.00 |
| 3/24/14 | EMPC | $200.00 |
| 4/7/14 | EMPC | $200.00 |
| 4/21/14 | EMPC | $200.00 |
| 4/21/14 | P.C. | $123.00 |
| 4/30/14 | ITRCN | $123.00 |
| 4/30/14 | P.C. | $-123.00 |
| 5/5/14 | EMPC | $200.00 |
| 5/16/14 | EMPC | $200.00 |
| 5/27/14 | EMPC | $200.00 |
| 6/2/14 | EMPC | $200.00 |

**EXHIBIT "A"**
IF BLANK, THERE ARE NO RECEIPTS

Receipts Paid:

| DATE | RECEIPT TYPE | AMOUNT |
|---|---|---|
| 6/16/14 | EMPC | $200.00 |
| 6/30/14 | EMPC | $200.00 |
| 7/14/14 | EMPC | $200.00 |
| 7/28/14 | EMPC | $200.00 |
| 8/11/14 | EMPC | $200.00 |
| 8/25/14 | EMPC | $200.00 |
| 9/9/14 | EMPC | $200.00 |
| 9/22/14 | EMPC | $200.00 |
| 10/8/14 | EMPC | $200.00 |
| 10/21/14 | EMPC | $200.00 |
| 11/3/14 | EMPC | $200.00 |
| 11/17/14 | EMPC | $200.00 |
| 11/28/14 | EMPC | $200.00 |
| 12/15/14 | EMPC | $200.00 |
| 12/29/14 | EMPC | $200.00 |
| 1/12/15 | EMPC | $200.00 |
| | TOTAL AMOUNT PAID: | **$11,123.00** |

**EXHIBIT "B"**
IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | Payee | Check Number | AMOUNT |
|---|---|---|---|
| 11/25/13 | NATIONSTAR MORTGAGE, LLC | XXXX3.00 | $342.35 |
| 12/30/13 | NATIONSTAR MORTGAGE, LLC | XXXX0.00 | $372.00 |
| 1/30/14 | NATIONSTAR MORTGAGE, LLC | XXXX6.00 | $544.29 |
| 2/25/14 | NATIONSTAR MORTGAGE, LLC | XXXX2.00 | $362.86 |
| 3/27/14 | NATIONSTAR MORTGAGE, LLC | XXXX1.00 | $362.86 |
| 4/29/14 | NATIONSTAR MORTGAGE, LLC | XXXX4.00 | $362.86 |
| 5/29/14 | NATIONSTAR MORTGAGE, LLC | XXXX6.00 | $593.44 |
| 6/27/14 | NATIONSTAR MORTGAGE, LLC | XXXX4.00 | $362.86 |
| 7/30/14 | NATIONSTAR MORTGAGE, LLC | XXXX6.00 | $544.29 |
| 8/26/14 | NATIONSTAR MORTGAGE, LLC | XXXX6.00 | $355.78 |
| 9/26/14 | NATIONSTAR MORTGAGE, LLC | XXXX4.00 | $356.03 |
| 10/30/14 | NATIONSTAR MORTGAGE, LLC | XXXX4.00 | $178.01 |
| 11/25/14 | NATIONSTAR MORTGAGE, LLC | XXXX3.00 | $529.55 |
| 12/23/14 | NATIONSTAR MORTGAGE, LLC | XXXX3.00 | $353.10 |
| 2/25/14 | NATIONSTAR MORTGAGE, LLC | XXXX2.00 | $22.85 |
| 4/29/14 | NATIONSTAR MORTGAGE, LLC | XXXX4.00 | $18.28 |
| 6/27/14 | NATIONSTAR MORTGAGE, LLC | XXXX4.00 | $24.09 |
| 8/26/14 | NATIONSTAR MORTGAGE, LLC | XXXX6.00 | $22.67 |
| 11/25/14 | NATIONSTAR MORTGAGE, LLC | XXXX3.00 | $26.80 |
| 6/27/13 | LEWIS & JURNOVOY, P.A. | XXXX4.00 | $2,352.35 |
| 7/30/13 | LEWIS & JURNOVOY, P.A. | XXXX1.00 | $384.00 |
| 8/29/13 | LEWIS & JURNOVOY, P.A. | XXXX7.00 | $384.00 |
| 9/18/13 | LEWIS & JURNOVOY, P.A. | XXXX0.00 | $192.00 |
| 10/30/13 | LEWIS & JURNOVOY, P.A. | XXXX7.00 | $558.00 |
| 11/25/13 | LEWIS & JURNOVOY, P.A. | XXXX0.00 | $29.65 |
| 5/29/14 | LEWIS & JURNOVOY, P.A. | XXXX2.00 | $250.00 |
| 6/27/13 | LEIGH D. HART, CHAPTER 13 ' | XXXX1.00 | $232.65 |
| 7/30/13 | LEIGH D. HART, CHAPTER 13 ' | XXXX9.00 | $16.00 |
| 8/29/13 | LEIGH D. HART, CHAPTER 13 ' | XXXX2.00 | $16.00 |
| 9/18/13 | LEIGH D. HART, CHAPTER 13 ' | XXXX6.00 | $8.00 |
| 10/30/13 | LEIGH D. HART, CHAPTER 13 ' | XXXX2.00 | $42.00 |
| 11/25/13 | LEIGH D. HART, CHAPTER 13 ' | XXXX0.00 | $28.00 |
| 12/30/13 | LEIGH D. HART, CHAPTER 13 ' | XXXX4.00 | $28.00 |
| 1/30/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX3.00 | $40.97 |
| 2/25/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX9.00 | $29.03 |
| 3/27/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX8.00 | $27.31 |
| 4/29/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX5.00 | $28.69 |
| 5/29/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX5.00 | $63.48 |

**EXHIBIT "B"**
IF BLANK, THERE ARE NO DISBURSEMENTS

Disbursements Paid:

| DATE | Payee | Check Number | AMOUNT |
|---|---|---|---|
| 6/27/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX4.00 | $29.13 |
| 7/30/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX8.00 | $40.97 |
| 8/26/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX6.00 | $36.29 |
| 9/26/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX6.00 | $34.14 |
| 10/30/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX7.00 | $17.07 |
| 11/25/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX1.00 | $58.40 |
| 12/23/14 | LEIGH D. HART, CHAPTER 13 ' | XXXX5.00 | $37.07 |
| | | TOTAL AMOUNT DISBURSED: | **$10,698.17** |